```
1  David Barry (sbn 70083)
   BARRY & ASSOCIATES
   Pier 9, Suite 112
2  San Francisco, CA 94111
   ph: 415.398.6600   fax: 415.398.6123
3  david@barryfirm.com
   Attorneys for plaintiffs Robert A. Faber and
   Loxi Faber
4  982
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. FABER,<br>LOXI FABER,<br><br>  Plaintiffs<br><br>vs.<br><br>KROGMAN CONSTRUCTION, INC.<br><br>  Defendants | No. C 09-03282-JCS<br><br>STIPULATION TO FILING OF AMENDED ANSWER AND FIRST AMENDED COUNTNERCLAIMS BY DEFENDANT/COUNTERCLAIMANT KROGMAN CONSTRUCTION, INC. |

  WHEREAS, plaintiffs commenced this action on July 17, 2009;

  WHEREAS, defendant answered plaintiffs' complaint on August 12, 2009, and concurrent therewith filed counterclaims against plaintiffs;

  WHEREAS, the initial pretrial conference in this action is scheduled for October 23, 2009;

  WHEREAS, defendant now seeks to amend its answer and counterclaims pursuant to the Amended Answer and First Amended Counterclaims attached hereto;

  WHEREAS, plaintiffs are willing to consent to the filing of such amended pleading pursuant to FRCivP 15(a)(2), provided, however, that such consent shall be without prejudice to plaintiffs' right to challenge defendant's proposed Amended Answer and First Amended

1  Counterclaims, including, but not limited to, challenges brought by a motion under FRCivP
2  12(b)(1) and (7) and FRCivP 12(e);
3      THEREFORE, the parties agree that:
4      (a) defendant and counterclaimant Krogman Construction, Inc. may pursuant to FRCivP
5  15(a)(2) henceforth file its Amended Answer and First Amended Cross Claims, in the form
6  attached hereto; and
7      (b) plaintiffs' consent to such amendment and filing is without prejudice to any rights that
8  plaintiffs may have to challenge the Amended Answer and First Amended Cross Claims,
9  including, but not limited to, motions made pursuant to FRCivP 12(b) and FRCivP 12(e).

October 23, 2009
Date

Barry & Associates, by David Barry,
Attorneys for Plaintiffs Robert A. Faber and
Loxi Faber

October 23, 2009
Date

James K. Perry,
Attorney for Defendant Krogman Construction, Inc.

Dated: 10/26/09

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION TO FILING OF AMENDED ANSWER AND FIRST AMENDED COUNTERCLAIMS
Case No. C09-03282 JCS